UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN M. DENZER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01236-DAD-BAM<br><br>ORDER TO SHOW CAUSE RE ATTORNEY CHRISTIAN PETERS FANNIN FOR UNAUTHORIZED PRACTICE OF LAW BEFORE THIS COURT<br><br>**FOURTEEN (14) DAY DEADLINE** |

On September 6, 2019, this case was transferred to this Court from the United States District Court for the District of Arizona. (Doc. No. 5.) On October 24, 2019, the parties submitted a Joint Scheduling Report which was electronically signed by Christian Peters Fannin as counsel for Plaintiffs. (Doc. No. 27.)

Pursuant to Local Rule 133(a), the Eastern District of California is an electronic case management/filing district and, unless excused by the Court or by the electronic filing procedures set forth in the Local Rules, attorneys must file all documents electronically. Accordingly, on September 6, 2019, the Clerk of Court issued a Notice of Noncompliance with Electronic Filing Requirement to Mr. Fannin instructing him to register for electronic case management/filing (CM/ECF). (Doc. No. 7.)

Furthermore, Local Rule 180 governs admission of attorneys to practice before this Court. "Admission to and continuing membership in the Bar of this Court are limited to attorneys who are active members in good standing of the State Bar of California." L.R. 180(a). Each applicant for admission must present to the Clerk a Petition by Attorney for

Admission to Practice before the Eastern District which complies with the requirements of Local Rule 180(a).

Attorneys who are not active members in good standing of the State Bar of California may, upon application and in the discretion of the Court, be permitted to appear and participate in a particular case pro hac vice. *Id.* at 180(b)(2). Pursuant to Local Rule 180(d),

> "The Court may order any person who practices before it in violation of [Local Rule 180] to pay an appropriate penalty that the Clerk shall credit to the Court's Nonappropriated Fund. Payment of such sum shall be an additional condition of admission or reinstatement to the Bar of this Court or to practice in this Court."

L.R. 180(d). Local Rule 110 further provides that counsel or a party's failure to comply with the Local Rules or with any order of the Court may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court. *Id.* at 110.

No information regarding whether Mr. Fannin is a member of the State Bar of California has been provided. A review of the docket and Court records indicates that Mr. Fannin has not submitted a Petition by Attorney for Admission to Practice before the Eastern District or filed an application for admission to practice pro hac vice despite appearing and participating in this matter on Plaintiffs' behalf. Additionally, Mr. Fannin has not complied with the Clerk's directive to register for CM/ECF.

Accordingly, Christian Peters Fannin is HEREBY ORDERED to SHOW CAUSE for failure to comply with the Local Rules and for unauthorized practice of law before the Court. Mr. Fannin shall file a written response to this order to show cause within **fourteen (14) days** of service of this order. Mr. Fannin may also comply with this order by submitting a Petition by Attorney for Admission to Practice before the Eastern District or filing an application for admission to practice pro hac vice and paying the applicable fee and by registering for CM/ECF. The Clerk of Court is further directed to serve a copy of this order on Mr. Fannin at the offices of Kreindler & Kreindler, LLP, 855 Boylston St., 11th Fl., Boston, MA 02116.

IT IS SO ORDERED.

Dated: **October 29, 2019**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE