UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN M. DENZER and DAVID G. DENZER,<br><br>Plaintiffs,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:19-cv-01236-DAD-BAM<br><br>**ORDER REGARDING JOINT MOTION FOR 90-DAY EXTENSION OF TIME TO FILE DISMISSAL**<br><br>(Doc. 46) |

On January 4, 2021, Plaintiffs Ann Denzer and David Denzer ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants") (collectively "Parties") filed a joint notice of settlement and request for additional time to file dispositional documents. (Doc. 42.) The Court granted the request and ordered the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than April 5, 2021 or to seek an extension under Local Rule 160(b). (Doc. 43.) On April 2, 2021, the parties filed a motion for a 60-day extension of time to file appropriate papers to dismiss or conclude the action. (Doc. 44.) On April 5, 2021, the Court granted the extension finding good cause existed to grant the motion. (Doc. 45.)

Currently before the Court is the joint motion of the parties seeking an additional 90

days to file dispositional documents pursuant to Local Rule 160(b). (Doc. 46.) The parties report that they continue to work diligently toward finalizing the settlement. However, because the settlement is being structured as a global settlement involving cases across the country, they anticipate the process may take at least an additional 90 days to complete based on information obtained from Plaintiffs' contact with Medicare. (*Id.* at 2.)

Having considered the joint request, and good cause appearing, the motion for extension of time to file dismissal documents is GRANTED. (Doc. 46.) The parties SHALL FILE appropriate papers to dismiss or conclude this action in its entirety no later than **September 3, 2021**. If the parties require additional time to submit dispositional documents, then they may file a request for an extension supported by good cause. Local Rule 160(b). Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160, Local Rule 272.

IT IS SO ORDERED.

Dated: **June 3, 2021**             /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE